# Order

**Michigan Supreme Court**
**Lansing, Michigan**

May 29, 2018

Stephen J. Markman,
Chief Justice

Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein
Kurtis T. Wilder
Elizabeth T. Clement,
Justices

156334

PEOPLE OF THE STATE OF MICHIGAN,
        Plaintiff-Appellee,

v

                                         SC: 156334
                                         COA: 338144
                                         Bay CC: 11-010941-FH;
                                                           16-010531-FH

DOMINIC SEAN-MICHAEL SPADAFORE,
        Defendant-Appellant.

_____/

      On order of the Court, the application for leave to appeal the June 23, 2017 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



      I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

May 29, 2018



s0521

                                                Clerk